```
                              ___ FILED      ___ RECEIVED
                              ___ ENTERED    ___ SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                                   JUN 2 8 2010

                              CLERK US DISTRICT COURT
                                 DISTRICT OF NEVADA
                              BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KIRK D. WINGO, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00167-LRH-RAM |
| | ) | |
| vs | ) | |
| | ) | ORDER |
| DAVE JENKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has submitted a civil rights complaint but the application to proceed *in forma pauperis* does not provide a completed financial certificate or other necessary information. The complaint cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Plaintiff shall be sent the correct pauper form for use should he wish to pursue this action. Accordingly, plaintiff shall be given leave to proceed *in forma pauperis* on a temporary basis.

IT IS THEREFORE **ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED on a temporary basis. The Clerk shall send to plaintiff a motion for leave to proceed *in forma pauperis* form and instructions therefor. Plaintiff shall have forty-five (45) days within which to file a corrected motion. The failure to timely do so will result in the dismissal of this action.

///

1          IT IS FURTHER **ORDERED** that the civil rights complaint shall be retained by the

2 Clerk but not filed, and no defendants shall be served until plaintiff's financial status is determined

3 further.

4          DATED: June 28, 2010.

 

 

                                 UNITED STATES MAGISTRATE JUDGE