AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

KIRK D. WINGO,

      Plaintiff,               JUDGMENT IN A CIVIL CASE

V.

                                     CASE NUMBER: **3:10-cv-00167-LRH-RAM**

DAVE JENKINS, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED WITH PREJUDICE for failure to state a claim.

November 1, 2010                                   **LANCE S. WILSON**
                                                               Clerk

                                                           /s/ Katie Lynn Ogden
                                                           Deputy Clerk